Per Curiam.

---

Carl A. Peterson, appellee, v. James Hoben, appellant. **Gen. No. 6,835.**

Suit for damages for breach of warranty of a secondhand automobile. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. George W. Thompson, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed March 17, 1921.

J. E. Maley and R. C. Hunt, for appellant. Williams, Lawrence, Green & Gale, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

**Albert E. Maguire, appellee, v. Clough-Reihm Company, appellant. Gen. No. 6,847.**

Action for balance claimed due on a building construction contract. Judgment for plaintiff. Appeal from the Circuit Court of McDonough county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

John F. Garner and Flack, Flack & Kerman, for appellant. Lawyer & Hainline, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

John Pumphrey, plaintiff in error, v. Skandia Furniture Company, defendant in error. **Gen. No. 6,854.**

Bill to have complainant declare the owner of certain corporate stock; to have the corporate books made to show such ownership; for an accounting of dividends; and for issuance of stock to him. Bill dismissed for want of equity. Error to the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Roy F. Hall and Isaac J. Monahan, for plaintiff in error. A. D. Early, B. B. Early and Charles W. Ferguson, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

John Rouse, Sr., appellee, v. F. E. Ball Company, appellant. **Gen. No. 6,837.**

Suit for damages for injuries to plaintiff's automobile by collision with an automobile owned by defendant. Verdict for plaintiff and judgment thereon after remittitur of part. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Cooke, Pope & Pope, for appellant. Martin C. Decker, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.